UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHARLES HILL, | Case No. 3:14-cv-00388-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Defendants. | |

The Court dismissed this case for Plaintiff's failure to pay the $400 filing fee within the thirty (30) day timeframe established in an earlier order. (Dkt. no. 48.) Plaintiff has filed three separate motions for relief under Fed. R. Civ. P. 60(a), (b) and (d). (Dkt. nos. 58, 59, 60.) These motions do not address the Court's decision to dismiss Plaintiff's claim or his failure to pay the required filing fee. The Court finds there is no good reason to grant relief under Rule 60.

It is therefore ordered that Plaintiff's motions for relief (dkt. nos. 58, 59, 60) are denied. It is further ordered that the remaining pending motions (dkt. nos. 52, 53, 54, 56, 57) are denied as moot as this case has terminated.

DATED THIS 3rd day of November 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE