UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES HILL,<br><br>　　　　　Plaintiff,<br>　v.<br>ISIDRO BACA, et al.,<br><br>　　　　　Defendants. | Case No. 3:14-cv-00388-MMD-WGC<br><br>ORDER |

The Court dismissed this action on September 4, 2014, based on Plaintiff's failure to pay the filing fee. (Dkt. no. 48.) Plaintiff has filed numerous motions since then. Plaintiff's Rule 60(b) motion (dkt. no. 62) is incoherent, but to the extent Plaintiff seeks relief from the judgment in this case, the motion is denied. In Plaintiff's remaining three motions (dkt. nos.63, 64, 65), Plaintiff appears to seek a copy of certain records. These motions are denied because this case is closed. To the extent Plaintiff requests a copy of the docket sheet in this case, the Court directs the Clerk to send a copy of the docket sheet to Plaintiff.

DATED THIS 11th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE